v.

**ITT SHERATON CORP.,**
Defendant–Appellee.

No. 04–1106.

United States Court of Appeals,
Federal Circuit.

July 23, 2004.

**Michael W. KRAUS, Claimant–**
**Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 02–7298.

United States Court of Appeals,
Federal Circuit.

July 26, 2004.

Daniel G. Krasnegor, Wright, Robinson, Washington, DC, for Claimant–Appellant.

Kyle E. Chadwick, David M. Cohen and Franklin E. White, Jr., Department of Jus-

tice, Washington, DC, for Respondent–Appellee.

## ON MOTION

### *ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.